UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00181(1)-CRW |
| | § | |
| (1) Felix David Martinez-Avelar | § | |

## ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 29, 2026, wherein the defendant (1) Felix David Martinez-Avelar waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Felix David Martinez-Avelar to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Felix David Martinez-Avelar's plea of guilty to Count One (1) is accepted.

Signed this 13th day of October, 2026.



CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE